

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2018

No. 04-18-00225-CV

Robert Ray **ROBERTS,**
Appellant

v.

**NEW COMFORT HOMES,**
Appellee

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 2018CV01797
Honorable Sarah E Garrahan, Judge Presiding

## O R D E R

Appellant's brief was due on June 21, 2018. Neither the brief nor a motion for extension of time has been filed.

We, therefore, ORDER appellant, Robert Ray Roberts, to file, on or before **July 23, 2018**, his appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. **If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution.** *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court